**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 13-6253

———————

REGINALD A. CROFT,

Petitioner – Appellant,

v.

ANTHONY J. PADULA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Beaufort.   J. Michelle Childs, District Judge.   (9:11-cv-01813-JMC)

———————

Submitted: April 18, 2013                Decided:  April 23, 2013

———————

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Reginald A. Croft, Appellant Pro Se. James Anthony Mabry, Assistant Attorney General, Donald John Zelenka, Senior Assistant Attorney General, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald A. Croft seeks to appeal the district court's orders adopting the magistrate judge's recommendation to dismiss his 28 U.S.C. § 2254 (2006) petition and denying his motion to alter or amend the judgment. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on December 13, 2012. The notice of appeal was filed on January 28, 2013.[*] Because Croft failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented

---

[*]For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

2

in the materials before this court and argument would not aid the decisional process.

                                                                    DISMISSED